## Commonwealth *v.* Gonzales, Appellant.

Submitted November 12, 1973. *Harry E. Knafelc,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Goods, Appellant.

Submitted November 12, 1973. *Stephen P. Swem,* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.